**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEJANDRO MARCIAS BARAJAS,

                        Petitioner,                   21 **CIVIL** 06766 (KMK)

        -against-                            **JUDGMENT**

SUPERINTENDENT OF FIVE POINTS
CORRECTIONAL FACILITY, *et al.*,

                        Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2026, the Report and Recommendation, dated February 25, 2026, is ADOPTED in its entirety and the Petition is DISMISSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith because of Petitioner's failure to object to the R&R, (see R&R 18), and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438 (1962). For the same reason, the Court also adopts Judge Krause's recommendation that a certificate of appealability should not issue. Accordingly, the case is closed.

**Dated:** New York, New York
       March 24, 2026

                                **TAMMI M. HELLWIG**

                                      **Clerk of Court**

         **BY:**

                                      **Deputy Clerk**